UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COWBOY WORLD CORP.,

                Plaintiff,

        v.

MERRICK GARLAND, *Attorney General of the United States*, and TRACY RENAUD, *USCIS Director*,

                Defendants.

No. 24-CV-9929 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

An initial conference was previously scheduled in this matter for January 31, 2025 at 1:30 p.m. Respondents' application to reschedule the conference is granted. The conference is hereby rescheduled to March 14, 2025 at 1:30 p.m. The parties shall submit a joint letter and proposed case management plan and scheduling order no later than March 7, 2025.

All other deadlines provided in the Court's December 27, 2024 Order (ECF No. 11) remain the same.

SO ORDERED.

Dated:    January 27, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge