UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COWBOY WORLD CORP.,

                Petitioner,

        v.                                        No. 24-CV-9929 (RA)

PAMELA BONDI, *Attorney General of the United States*, et al.,          ORDER

                Respondent.

---

RONNIE ABRAMS, United States District Judge:

    Respondents' application for an extension of time to respond to the complaint is granted. Respondent shall file a response to the complaint no later than April 2, 2025. The initial conference previously scheduled for March 14, 2025 is hereby rescheduled to April 11, 2025 at 2:00 p.m. The parties shall submit a joint letter and proposed case management plan and scheduling order no later than April 4, 2025.

    All other deadlines provided in the Court's December 27, 2024 Order (ECF No. 11) remain the same.

SO ORDERED.

Dated:    February 27, 2025
             New York, New York

                                                          Ronnie Abrams
                                                            United States District Judge