UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COWBOY WORLD CORP., <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States, et al. <br><br> Respondents. | No. 24-CV-9929 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

An initial conference was previously scheduled in this matter for May 2, 2025 at 1:30 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to May 2, 2025 at 2:45 p.m. Unless the parties request otherwise, the conference will be held by phone.  Call-In Number: (855) 244-8681; Meeting ID: 23055424735.

The parties shall submit a joint letter and proposed case management plan and scheduling order no later than April 25, 2025.

SO ORDERED.

Dated:   April 22, 2025
         New York, New York

                                          _____
                                          Ronnie Abrams
                                          United States District Judge