**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
COWBOY WORLD CORP.,

                    Petitioner,

        -against-                                  24 **CIVIL** 9929 (RA)

                                              **<u>JUDGMENT</u>**

PAMELA BONDI, ATTORNEY GENERAL OF
THE UNITED STATES, and JOSEPH EDLOW,
USCIS DIRECTOR,

                    Respondents.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated November 25, 2025, Respondents'

motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

      November 26, 2025

                                  **TAMMI M. HELLWIG**

                                    _____
                                      **Clerk of Court**

            **BY:**                 K. mango

                                    _____
                                      **Deputy Clerk**